Gordon Rees Scully Mansukhani, LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

FILED
CLERK, U.S. DISTRICT COURT
JUL 26 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CMA CGM S.A, <br><br> Plaintiff, <br><br> vs. <br><br> ASIA-GLOBAL RENEWABLE ENERGY CORP.; DJL MINING LLC; DJL MINING CORP.; MULTI-TRANS SHIPPING AGENCY INC.; SHENZHEN CTS INTERNATIONAL LOGISTICS CO., LTD.; EFERTON DMCC and DOES 1-10 <br><br> Defendants. | Case No. 2:16-cv-08458-SVW-AFM <br><br> The Hon. Stephen V. Wilson <br><br> **[PROPOSED] JUDGMENT** <br><br> Complaint Filed: November 14, 2016 |

**THE COURT ORDERS THAT:**

Judgment is hereby entered against Defendants SHENZHEN CTS INTERNATIONAL LOGISTICS CO. LTD., ASIA-GLOBAL RENEWABLE ENERG CORP., DJL MINING LLC, and DJL MINING CORP., jointly and severally, in favor of Plaintiff CMA CGM S.A. in the amount of $1,869,191.14.

DATED: 7/26/18

_____
THE HON. STEPHEN V. WILSON
United States District Judge

-1-
[PROPOSED] JUDGMENT