Gordon Rees Scully Mansukhani, LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CMA CGM S.A,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ASIA-GLOBAL RENEWABLE ENERGY CORP.; DJL MINING LLC; DJL MINING CORP.; MULTI-TRANS SHIPPING AGENCY INC.; SHENZHEN CTS INTERNATIONAL LOGISTICS CO., LTD.; EFERTON DMCC and DOES 1-10<br><br>　　　　　　Defendants. | Case No. 2:16-cv-08458-SVW-AFM<br><br>The Hon. Stephen V. Wilson<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL**<br><br>JS-6<br><br>Complaint Filed: November 14, 2016 |

After considering Plaintiff CMA CGM S.A. ("CMA CGM") and Defendant MULTI-TRANS SHPPING AGENCY INC. ("Multi-Trans") joint request to dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2) and Multi-Trans' request to dismiss the cross claim, without prejudice, pursuant to Fed. R. Civ. P. 41(c), and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's Complaint and all claims alleged against Multi-Trans are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and fees.
2. Defendant Multi-Trans' cross-claim is dismissed without prejudice,

-1-

pursuant to Fed. R. Civ. P. 41(c).

**IT IS SO ORDERED**

Dated: November 13, 2018

_[signature]_
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT